BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

MELANIE L. PROCTOR (CABN 228971)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169
    Melanie.proctor@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WAI SHING FONG, | C 15-cv-4082 DMR |
|     Petitioner, | OPPOSITION TO ORDER TO SHOW CAUSE |
| v. | |
| TIMOTHY S. AITKEN, Field Office Director, San Francisco Field Office, U.S. immigration and Customs Enforcement, et al. | |
|     Respondents. | |

On September 8, 2015, Petitioner Wai Shing Fong filed the above captioned habeas petition, accompanied by a proposed order to show cause that would give Respondents three (3) days to file a return. ECF 1, 1-2. The United States Attorney's Office received the filings on September 11, 2015. Undersigned counsel promptly attempted to call opposing counsel to negotiate a more reasonable briefing schedule, but was advised that all attorneys were unavailable in an all-day meeting. Undersigned counsel requires more than three days to adequately research the facts of the case and prepare a thorough return. Accordingly, Respondents hereby oppose the proposed order to show cause,

and suggest that a more reasonable briefing schedule would be as follows:[1]

    Return:    October 9, 2015

    Traverse:    October 16, 2015

Respondents respectfully request the Court to adopt the proposed briefing schedule.

DATED: September 11, 2015        Respectfully submitted,

        BRIAN J. STRETCH
        Acting United States Attorney

        /s/Melanie L. Proctor
        MELANIE L. PROCTOR
        Assistant United States Attorney

        ATTORNEYS FOR RESPONDENTS

**PROPOSED ORDER**

IT IS SO ORDERED. The briefing schedule shall be set as follows:

    Return:    October 9, 2015

    Traverse:    October 16, 2015

        _____
        DONNA M. RYU
        United States Magistrate Judge

---

[1] Respondents reserve the right to raise all available defenses in their responsive pleading.

OPPOSITION TO ORDER TO SHOW CAUSE
C 15-CV-4082 DMR