ANOOP PRASAD (#250681)
JINGNI (JENNY) ZHAO (#284684)
KEVIN CHUN HOI LO (#278908)
ASIAN AMERICANS ADVANCING JUSTICE –
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 896-1701
Fax: (415) 896-1702
Email: anoopp@advancingjustice-alc.org

Attorneys for Petitioner WAI SHING FONG

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAI SHING FONG, | Case No.   15-4082 DMR |
| Petitioner, | |
| v. | [~~PROPOSED~~] ORDER TO SHOW CAUSE |
| TIMOTHY S. AITKEN, Field Office Director, San Francisco Field Office, United States Immigration and Customs Enforcement; SARAH R. SALDAÑA, Director, United States Immigration and Customs Enforcement; JEH JOHNSON, Secretary, United States Department of Homeland Security; LORETTA LYNCH, United States Attorney General; and SCOTT R. JONES, Sheriff of Sacramento County, | |
| Respondents. | |

The Court having considered the pleadings and documents on file in this matter, and good cause having been shown in Petitioner's Application for Order to Show Cause Pursuant to 28 U.S.C. § 2243 and Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, Petitioner's Application for Order to Show Cause is hereby GRANTED.

<u>Having received no opposition to Respondents' motion for administrative relief regarding the briefing schedule,</u> IT IS THEREFORE ORDERED that Respondents shall file a return <u>by October 9, 2015</u> ~~within _____ days of the issuance of this Order~~; <u>and</u> Petitioner shall have an

1  opportunity to file a traverse or reply <u>by October 16, 2015.</u><s>within ____ days of the filing of</s>

2  <s>Respondents' return; and this matter shall be heard by this Court on _____,</s>

3  <s>2015.</s> <u>The court will set a hearing on the matter.</u>

4

5  Dated: September 18, 2015

6                                          UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Donna M. Ryu*