UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WAI SHING FONG,

          Plaintiff,

    v.

TIMOTHY S. AITKEN, et al.,

          Defendants.

Case No.  15-cv-04082-DMR

**ORDER TO SHOW CAUSE**

Petitioner Wai Shing Fong filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On September 18, 2015, the court issued an order to show cause and set a briefing schedule for the return and reply.  [Docket No. 11.]  Respondents timely filed a return in which they submitted evidence that petitioner was released from custody on October 9, 2015, and argue that the petition was mooted by his release.  [Docket No. 12.]  Petitioner did not file a traverse or reply.  Petitioner is now ordered to show cause in writing by **October 27, 2015** why his petition should not be dismissed as moot.

**IT IS SO ORDERED.**

Dated: October 20, 2015



Donna M. Ryu
United States Magistrate Judge

United States District Court
Northern District of California