UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WAI SHING FONG,

    Plaintiff,

v.

TIMOTHY S. AITKEN, et al.,

    Defendants.

Case No. 15-cv-04082-DMR

**ORDER DISMISSING HABEAS PETITION AS MOOT**

On September 8, 2015, Petitioner Wai Shing Fong filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Respondents released Petitioner from custody on October 9, 2015. Accordingly, as Petitioner has received the relief that he requested from the court, his habeas petition is denied as moot.

**IT IS SO ORDERED.**

Dated: October 23, 2015



Donna M. Ryu
United States Magistrate Judge